UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 24-01832-SRM (PVCx) | Date | May 8, 2025 |
|---|---|---|---|
| Title | Samuel A. Burnette v. Riverside County DCSS et al | | |

Present: The Honorable   SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On April 23, 2025, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [32]. On May 5, 2025, Plaintiff filed a Motion for Extension of Time to File Stipulations to Extend Time to Respond and Motion for Default Against All Defendants [33]. In light of the Plaintiff's response and the reasons contained therein, the Court hereby **CONTINUES** the deadline for Plaintiff to respond to the Court's Order to Show Cause to **July 3, 2025**. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

Failure to file a timely and appropriate response to this Order may result in dismissal without further notice or order from the court. See Fed. R. Civ. P. 41(b); L. R. 41-6; *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

**Any further requests for a continuance in this matter are strongly disfavored.**

              -   :   -
Initials of Deputy Clerk    mku